UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

EDWARD DIGGS,

    Plaintiff,

    v.

GAIL WATTS, *Director*,
MS. AUSTIN, *Library Officer*, and
SGT. G. CARTER, *Kitchen*,

    Defendants.

Civil Action No. TDC-22-1714

## MEMORANDUM ORDER

Plaintiff Edward Diggs, who is incarcerated at Baltimore County Detention Center ("BCDC"), alleges pursuant to 42 U.S.C. § 1983 that (1) Defendants Gail Watts and G. Carter failed to provide him with hot, nutritious meals; (2) Watts denied Diggs his right to practice his religion; and (3) Watts and Defendant Ms. Austin denied him access to the law library. On October 6, 2022, the Court ordered Diggs to amend his Complaint, as it was subject to dismissal pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim. On October 19, 2022, Diggs filed an Amended Complaint, ECF No. 5, and on November 7, 2022, Diggs filed a Supplement to the Amended Complaint, ECF No. 7. However, both the Amended Complaint and Supplement fail to cure the pleading deficiencies present in the original Complaint.

By law, the Court is required to conduct an initial screening of a complaint and dismiss it if it: (i) is frivolous or malicious; (ii) fails to state a claim upon which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b) (2018).

The Amended Complaint exactly replicates the original Complaint, with two additions: (1) Diggs alleges that the alleged conduct has been occurring "since 1/27/22"; and (2) Diggs alleges that he was "injured by the deprivation of his constitutional rights which cause him pain & suffering and stress and depression." ECF No. 5. The Supplement to the Amended Complaint adds that "each defendant is responsible for the conducts alleged because their job functions and responsibilities are to make sure all inmates get nutritional meals 3 time a day every day, are to physically to the law library, and religious services, which they failed to do." ECF No. 7. These additions fail to cure the deficiencies present in the original Complaint.

The new filings do not address how each of the named individuals was responsible for the alleged conduct. Moreover, Diggs has not explained how the temperature and content of the meals violated a constitutional right, how his religious rights were violated, or how the limitation of his access to the law library adversely impacted any potential legal proceeding. Finally, as to each of Diggs's claims, he has failed to allege what injury, if any, he suffered as a result of the alleged conduct.

In its October 6, 2022 Order, the Court warned Diggs that if his Amended Complaint did not meet the requirements set forth in that Order, the case would be dismissed. Upon review of the Amended Complaint and the Supplement, the Court finds that Diggs has failed to state a plausible claim for relief. The case will therefore be dismissed. *See* 28 USC §§ 1915(e)(2)(B), 1915A(b).

Accordingly, it is hereby ORDERED that:

1. This case is DISMISSED WITHOUT PREJUDICE.

2. The Clerk is directed to close this case.

Date: December 15, 2022

                                            THEODORE D. CHUANG
                                            United States District Judge